BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
YERVANT P. HAGOPIAN (Cal. Bar No. 327535)
Special Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-0732
     Facsimile:    (213) 894-0141
     Email:        yervant.hagopian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-04506-DUTY |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| MARGARET SARAH ORTIZ, | |
| Defendant. | |

The Acting United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendant MARGARET SARAH ORTIZ without prejudice.

The government's request for dismissal is made in good faith and in the interest of justice. The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge" under Rule 48(a) motions when they are not opposed by the defense. United States v. Gonzalez, 58 F.3d 459, 462 (9th Cir. 1995). The government has conferred with defense counsel. The defense has no position with respect to the granting

1  of this motion.
2      Accordingly, the government requests that the Court grant this
3  motion to dismiss the complaint without prejudice against defendant
4  pursuant to Federal Rule of Criminal Procedure 48(a).

5  Dated: August 11, 2025                Respectfully submitted,

6                                        BILAL A. ESSAYLI
                                         Acting United States Attorney
7
                                         CHRISTINA T. SHAY
8                                        Assistant United States Attorney
                                         Chief, Criminal Division
9

10                                           _____/s/_____
                                         YERVANT P. HAGOPIAN
11                                       Special Assistant United States
                                         Attorney
12
                                         Attorneys for Plaintiff
13                                       UNITED STATES OF AMERICA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2