```
                    FILED
          CLERK, U.S. DISTRICT COURT

                  8/11/25

        CENTRAL DISTRICT OF CALIFORNIA
        BY: _____MRV_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARGARET SARAH ORTIZ,<br><br>　　　　Defendant. | CR No. 2:25-cr-00662-FMO<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer]<br><br>**[CLASS A MISDEMEANOR]** |

The Acting United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about July 19, 2025, in Los Angeles County, within the Central District of California, defendant MARGARET SARAH ORTIZ intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim L.D., an employee of

//

//

Federal Protective Service, while L.D. was engaged in, and on account of, the performance of L.D.'s official duties.

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

(JP)

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

YERVANT P. HAGOPIAN
Special Assistant United States Attorney
General Crimes Section