Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT

8/11/25

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

Case Number    2:25-cr-00662-FMO                          Defendant Number _____

U.S.A. v.  Margaret Sarah Ortiz                           Year of Birth  1982

☑ Indictment              ☑ Information              Investigative agency (FBI, DEA, etc.)  HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☑ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☐ Felony

b. Date of Offense   7/19/2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles        ☐ Ventura

☐ Orange             ☐ Santa Barbara

☐ Riverside          ☐ San Luis Obispo

☐ San Bernardino     ☐ Other _____

Citation of Offense   18 U.S.C. §§ 111(a)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No      ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 7/21/2025

Case Number:   2:25-MJ-04506

Assigned Judge:   N/A

Charging: 18 U.S.C. § 111(a)(1)

The complaint/CVB citation:

☑ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☑ Yes

IF YES, provide Name:   Shannon Coit

Phone Number:   213-894-2854

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*        ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*        ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the N/A     superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number N/A

The superseded case:

☐ is still pending before Judge/Magistrate Judge

N/A

☐ was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
☐ Yes*        ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*        ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes         ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?    ☐ YES    ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☐ Male          ☑ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)    _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts:    _____

☐ This defendant is designated as "High Risk" per
18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
18 USC § 3166(b)(7).

Is defendant a juvenile?          ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud              ☐ tax offenses

☐ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses            ☐ immigration offenses

☑ violent crimes/firearms       ☐ corporate fraud

☐ Other    _____

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:  7/21/2025 _____

b. Posted bond at complaint level on:  Yes _____

    in the amount of $ 5,000 _____

c. PSA supervision?    ☑ Yes    ☐ No

d. Is on bail or release from another district:

N/A _____

Defendant is **in custody**:

a. Place of incarceration:    ☐ State    ☐ Federal

b. Name of Institution:    _____

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:    ☐ Yes    ☐ No

    IF YES :    ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges:    ☐ Yes    ☑ No

    IF YES :    ☐ State    ☐ Federal    AND

Name of Court:    _____

Date transferred to federal custody:    _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.    _____ 20    _____ 21    _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:    _____

_____

_____

Date    ___08/11/2025___

*Yervant P. Hagopian*
Signature of Assistant U.S. Attorney
Yervant P. Hagopian
Print Name