UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No.   2:25-cr-00662-FMO                                         Date: 08/18/2025

Present: The Honorable: Steve Kim, United States Magistrate Judge

Interpreter N/A                                           Language N/A

| Connie Chung | CS 08/18/2025 | Alexander Kelly |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  Released on Bond          Attorneys for Defendants:  ✔ Present  DFPD

Margaret Sarah Ortiz                                    Shannon M. Coit

**Proceedings: Arraignment of         ✔  Assignment of Case          Appointment of Counsel
Defendant and/or                          Initial Appearance**

\* Defendant states true name is the name on the Information Class A.

\* Defendant is arraigned under name on the Information Class A.

\* Defendant acknowledges having read the Information Class A and discussed it with counsel.

\* Defendant pleads "not guilty" to all counts of the Information Class A.

\* This case is assigned to Judge Fernando M. Olguin.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/07/2025 8:45 AM

\* Judge Olguin is located in 6D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA         **Initial Appearance/Appointment of Counsel:** 00      : 00
     USMLA        USMED        USMSA
     Statistics Clerk         Interpreter                        **Arraignment:** 00      : 03
     CJA Supervising Attorney    Fiscal           **Initials of Deputy Clerk:** CC by TRB