BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
LAUREN E. BORDER (Cal. Bar No. 327770)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8231
     Facsimile: (213) 894-0141
     E-mail:    lauren.border@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00662-FMO |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| MARGARET SARAH ORTIZ, | |
| Defendant. | |

   Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Lauren E. Border, hereby moves to dismiss without prejudice the information in the above-captioned case against defendant MARGARET SARAH ORTIZ ("defendant"), charging defendant with Simple Assault on Federal Officer, in violation of 18 U.S.C. § 111(a)(1).

   The United States moves to dismiss the information against defendant in the interests of justice under Federal Criminal Rule 48(a), and therefore respectfully requests that the Court grant its

motion to dismiss the information without prejudice.  Additionally, the Court should vacate the final pretrial conference set for September 26, 2025 at 2:00 p.m. and the trial set for October 7, 2025 at 8:45 a.m., and exonerate the bond for defendant.

    Defendant does not oppose this motion.

Dated: September 2, 2025      Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

      /s/
LAUREN E. BORDER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA