UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

         v.

MARGARET SARAH ORTIZ,

       Defendant.

No. 2:25-cr-00662-FMO

ORDER GRANTING MOTION [26] TO DISMISS INFORMATION WITHOUT PREJUDICE

The Court has read and considered the United States' Motion to Dismiss the Information Without Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a). Finding good cause therefore and that dismissal is in the interests of justice, the Court hereby GRANTS the MOTION and ORDERS as follows:

1. The information is hereby DISMISSED without prejudice as to defendant Margaret Sarah Ortiz.

2. The final pretrial conference set for September 26, 2025 at 2:00 p.m. and the jury trial set for October 7, 2025 at 8:45 a.m. are hereby vacated.

/ / /

/ / /

3.   Defendant's bond is exonerated.

IT IS SO ORDERED.


September 5, 2025                        _Fernando M. Olguin_
DATE                          HONORABLE FERNANDO M. OLGUIN
                              United States District Judge

Presented by:

        /s/
LAUREN E. BORDER
Assistant United States Attorney